# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

SALIM GADZHIEV,

    Petitioner,

    v.

KRISTI NOEM, Secretary of the
Department of Homeland Security,
PAMELA JO BONDI, Attorney General,
TODD M. LYONS, Acting Director,
Immigration and Customs Enforcement,
JESUS ROCHA, Acting Field Office
Director, San Diego Field Office,
CHRISTOPHER LAROSE, Warden at
Otay Mesa Detention Center,

    Respondents.

Case No.: 3:26-cv-00857-BTM-VET

**ORDER FOR JOINT STATEMENT
ON MERITS HEARING**

Petitioner is scheduled for a merits hearing on April 1, 2026.  The parties are ordered to submit a joint statement on the results of the merits hearing no later than April 3, 2026.

    **IT IS SO ORDERED.**

Dated:  March 22, 2026

Honorable Barry Ted Moskowitz
United States District Judge

26-cv-857